1 | **MICHAEL A. McOSKER, ESQ.**
Nevada Bar #7816
2 | **CRAIG P. KENNY & ASSOCIATES**
501 S. 8th Street
3 | Las Vegas, NV 89101
(702) 380-2800
4 | litigation@cpklaw.com
Attorney for Plaintiff

5

6 | **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
7

8 | * * *

9 | MICHAEL FERNANDEZ,

10 | Plaintiff,

11 | v. | **CASE NO.   2:19-cv-01367-RFB-NJK**

12 | RONALD BRYANT; THE PHOENIX
INSURANCE COMPANY; DOES I through
13 | X, inclusive; and ROE CORPORATIONS I
through X, inclusive,
14
| Defendants.
15

16

17 | **SUBSTITUTION OF ATTORNEYS**

18 | MICHAEL A. McOSKER, ESQ., of the Law Offices of CRAIG P. KENNY & ASSOCIATES,

19 | Attorneys of Record for the above-named Plaintiff, MICHAEL FERNANDEZ does hereby consent to

20 | the substitution of JULIE A. MERSCH, ESQ., as attorney for the Plaintiff, MICHAEL FERNANDEZ

21 | in the above-entitled matter in his place and stead.

22 | DATED this ___19th___ day of September, 2019.

23 | CRAIG P. KENNY & ASSOCIATES

24 | _____
**MICHAEL A. McOSKER, ESQ.**
25 | Nevada Bar #7816
501 S. 8th Street
26 | /// | Las Vegas, NV 89101

27 | ///

28

1

JULIE A. MERSCH, ESQ., does hereby agree to be substituted in the place of CRAIG P. KENNY & ASSOCIATES, as attorney for Plaintiff, MICHAEL FERNANDEZ in the above-entitled matter.

DATED this 19th day of September, 2019.

**LAW OFFICES OF JULIE A. MERSCH**

By: _____
**JULIE A. MERSCH, ESQ.**
Nevada Bar #4695
1100 E. Bridger Avenue
Las Vegas, NV 89101

MICHAEL FERNANDEZ, Plaintiff in the above-entitled case, consents to the substitution of JULIE A. MERSCH, ESQ., in place of CRAIG P. KENNY & ASSOCIATES, as his attorney of record.

DATED this 19 day of September, 2019.

_____
**MICHAEL FERNANDEZ, Plaintiff**

**IT IS SO ORDERED:**

Dated this 20th day of September, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**