TIMOTHY F. HUNTER, ESQ.
Nevada Bar No. 010622
RAY LEGO & ASSOCIATES
7450 Arroyo Crossing Parkway, Suite 250
Las Vegas, NV 89113
Tel:   (702) 479-4350
Fax:   (702) 270-4602
tfhunter@travelers.com

Attorney for Defendant,
**THE PHOENIX INSURANCE COMPANY**

**UNITED STATED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL FERNANDEZ,<br><br>             Plaintiff,<br><br>vs.<br><br>RONALD BRYANT; and THE PHOENIX INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>             Defendants. | **Case No.2:19-cv-01367-RFB-NJK** |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF THE PHOENIX INSURANCE COMPANY**

IT IS HEREBY STIPULATED by Plaintiff, Michael Fernandez, and Defendant, The Phoenix Insurance Company, by and through their respective counsel that the claims against The Phoenix Insurance Company ONLY, shall be dismissed WITHOUT prejudice, each party to bear its own costs and attorney's fees.

/ / /

/ / /

/ / /

1

There are no hearings presently set before the Court.

DATED this 2nd day of December, 2019

DATED this 2nd day of December, 2019

**LAW OFFICES OF JULIE A. MERSCH**

**RAY LEGO & ASSOCIATES**

*/s/ Julie A. Mersch*

*/s/ Timothy F. Hunter*

_____
JULIE A. MERSCH, Esq., #004695
1100 E. Bridger Avenue
Las Vegas, NV 89101
Attorney for Plaintiff,
**MICHAEL FERNANDEZ**

_____
TIMOTHY F. HUNTER, ESQ., #010622
7450 Arroyo Crossing Pkwy, #250
Las Vegas, Nevada 89113
Attorneys for Defendant,
**THE PHOENIX INSURANCE COMPANY**

## **ORDER**

IT IS SO ORDERED that the that the claims against Defendants shall be dismissed without prejudice, each party to bear its own attorney's fees and costs.

DATED this 3rd day of December, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE