Julie A. Mersch, Esq.
Nevada Bar No. 004695
LAW OFFICE OF JULIE A. MERSCH
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Fax: (702) 387-0109
jam@merschlaw.com
*Attorney for Plaintiff Michael Fernandez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FERNANDEZ,<br><br>               Plaintiff,<br><br>      vs.<br><br>RONALD BRYANT; and THE PHOENIX INSURANCE COMPANY,  DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>               Defendants. | CASE NO.: 2:19-cv-01367-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT THE PHOENIX INSURANCE COMPANY WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Michael Fernandez and Defendant

The Phoenix Insurance Company, by and through their respective counsel, that the claims against

Defendant The Phoenix Insurance Company shall be dismissed with prejudice, each party to bear

its own costs and attorney's fees.

      DATED:  April 13, 2020          LAW OFFICE OF JULIE A. MERSCH

                                    By:  ___/s/ Julie A. Mersch_____
                                          Julie A. Mersch, Esq.
                                          jam@merschlaw.com
                                        1100 E. Bridger Ave.
                                          Las Vegas, NV 89101
                                          *Attorney for Plaintiff Michael Fernandez*

////

////

////

1

DATED: April 13, 2020   RAY LEGO & ASSOCIATES


By: /s/ Timothy F. Hunter
   Timothy F. Hunter, Esq.
   tfhunter@travelers.com
   7450 Arroyo Crossing Pkwy., Suite 250
   Las Vegas, NV 89113
   *Attorneys for Defendant THE PHOENIX*
   *INSURANCE COMPANY*


**IT IS SO ORDERED:**

Dated this 14th day of April, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE